# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

In re: YOANDY FERNANDEZ-MORALES cases.

Case Nos. 3:24-cv-00418-MMD-CLB, 3:24-cv-00551-ART-CLB, 2:24-cv-00439-RFB-NJK, 2:24-cv-00407-ART-CLB, 3:23-cv-00490-CLB, 3:24-cv-00550-MMD-CSD, 2:24-00390-RFB-BNW, 3:24-cv-00281-ART-CSD, 3:24-cv-00582-ART-CLB and 3:25-cv-00420-ART-CSD

**ORDER GRANTING** STIPULATION TO DISMISS WITH PREJUDICE AS TO Case No. 3:25-cv-00420-ART-CSD

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Yoandy Fernandez-Morale, Plaintiff, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned actions shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

Page 1

The Parties have resolved these matters in their entirety and agree that the Court may accordingly close the cases, with prejudice. Any outstanding deadlines are considered moot.

DATED this 24th day of October 2025.

DATED this 24th day of October 2025.

AARON D. FORD

Attorney General

_____

*/s/ Leo T. Hendges*

YOANDY FERANDEZ-MORALES,

Leo T. Hendges, (Bar No. 16034)

#1201578

*Attorneys for Defendant*

Plaintiff, *pro se*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

Anne R. Traum
United States District Judge

Dated: March 11, 2026

Page **2**